**Order filed November 5, 2013.**



In The

# Fourteenth Court of Appeals
_____

## NO. 14-13-00910-CV
_____

### In the Interest of O.S., H.J.B-S., C.D.B-S, Children

---

**On Appeal from the 306th District Court**
**Galveston County, Texas**
**Trial Court Cause No. 06-CP-0026**

---

## ORDER

This is an accelerated appeal from a judgment in a suit in which the termination of the parent-child relationship is at issue. The notice of appeal was filed October 11, 2013. The reporter's record was due within **10 days** after the notice of appeal was filed. *See* Tex. R. App. P. 35.1(b); 28.4(a)(1). The record has not been filed.

On October 22, 2013, the official court reporter, Ron Vella, notified this court that appellant is not appealing as indigent, but he has filed to request the record or make payment arrangements for its preparation. On October 22, 2013, the clerk of this court notified appellant that we would consider and decide those

issues that do not require a reporter's record unless appellant, within 10 days of notice, provided this court with proof of payment for the record. *See* Tex. R. App. P. 37.3(c). Appellant filed no reply.

Appeals in parental termination cases and child protection cases are to be brought to final disposition within **180 days** of the date the notice of appeal is filed. *See* Tex. R. Jud. Admin. 6.2(a).

Because the reporter's record has not been filed timely in this accelerated appeal and appellant did not respond to this court's notice to provide proof of payment for the record, we issue the following order:

We order appellant to file a brief in this appeal **on or before November 25, 2013.** If appellant fails to comply with this order, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).


PER CURIAM